UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RONNIE DAVENPORT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Cause No. 3:06-CV-248 AS |
| ) | |
| JOHN VANNATTA, ) | |
| ) | |
| Respondent. ) | |

**OPINION AND ORDER**

On April 12, 2006, the petitioner filed this petition for writ of habeas corpus. On April 18, 2006, the petitioner was granted until on or before May 26, 2006 in which to file an amended petition. Mr. Davenport has not filed an amended petition. Therefore, this case is **DISMISSED**.

SO ORDERED.

ENTERED: July 19, 2006

                         S/ ALLEN SHARP
                         Allen Sharp, Judge
                         United States District Court